```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

ROBERT KOORSE,

                      Plaintiff,        20-cv-223 (JGK)

     - against -                 <u>ORDER</u>

SCOTT MCCRAIN et al.,
.
                    Defendants.

───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by May 8, 2020.

**SO ORDERED.**

Dated:    New York, New York
           April 23, 2020         /s/ John G. Koeltl
                                      John G. Koeltl
                             United States District Judge