```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

DR. ROBERT KOORSE,

                  Plaintiff,           20cv223 (JGK)

    - against -                 ORDER

SCOTT MCCRAIN et al.,

                  Defendants.

―――――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    This case is referred to the Magistrate Judge for purposes of settlement. The parties should report to the Court five days after the conclusion of any settlement discussions before the Magistrate Judge and the parties should submit a Rule 26(f) report at that time.

SO ORDERED.

Dated:    New York, New York
           May 11, 2020            /s/ John G. Koeltl
                                             John G. Koeltl
                                    United States District Judge